ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-923 DSD/JMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHANNON L. FLAHERTY,<br>Defendant,<br>ST. CASIMIR CHURCH<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 11, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 10, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, does not have in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings.

On January 19, 2001, St. Casimir Church notified the U.S. Attorney's Office that debtor, Shannon L. Flaherty, no longer was employed with their establishment

JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 11, 2001 is hereby released.

Dated:

1/22/01

Magistrate-Judge
United States District Court