UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-923 DSD

UNITED STATES OF AMERICA,

Plaintiff,

v. **GARNISHMENT ORDER**

SHANNON L. FLAHERTY,

Defendant,

GRACE MCNAMARA, INC.,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant on or about January 19, 2007.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about January 19, 2007, is released.

Dated: February 12, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court